## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **DWAINE TRULL,** **Defendant.** | 16-po-5197-JTJ **VIOLATIONS:** 6562947 6562948 6562949 Location Code: M13 **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $500 and a $30 processing fee for VN 6562948 and $150 and a $30 processing fee for VN 6562947. The defendant shall pay the total fine amount of $710 in monthly payments of $100, with the first payment being submitted on or before December 21, 2016. The defendant shall pay the entire fine amount by August 21, 2017. Payments should be mailed to the following address:

Clerk of Court
United States District Court
Missouri River Courthouse
125 Central Avenue West, Suite 110
Great Falls, MT 59404

The check(s) should be made out to the Clerk, U.S. District Court;

IT IS FURTHER ORDERED that VN 6562947 is DISMISSED.

IT IS FURTHER ORDERED that the trial in the above captioned matter, currently scheduled for December 8, 2016, is VACATED.

DATED this 22nd day of November, 2016.

_____
John Johnston
United States Magistrate Judge