# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff,** vs. **DWAINE TRULL,** **Defendant.** | 16-po-5197-JTJ **VIOLATIONS:** **6562947** **6562948** **6562949** **Location Code: M13** **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall be permitted to omit the $100 payment due and payable on January 21, 2017, but will increase the amount of future monthly payments until the entire fine amount is paid in full on or before August 21, 2017. Payments should continue to be mailed to the following address:

Clerk of Court
United States District Court
Missouri River Courthouse
125 Central Avenue West, Suite 110

Great Falls, MT 59404

The check(s) should be made out to the Clerk, U.S. District Court;

DATED this 30th day of January, 2017.

/s/ John Johnston
John Johnston
United States Magistrate Judge